DANIEL G. BOGDEN
United States Attorney
SARAH E. GRISWOLD
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336
Fax: (702) 388-6418



```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

        JAN 30 2015

     CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-mj-152-CWH |
| v. | |
| JCD BUSINESS SERVICES INC., 1515 EAST TROPICANA AVENUE, SUITE 775, LAS VEGAS, NEVADA 89119, ALSO DOING BUSINESS AS FOUNDATION PROCESSING CENTER | **UNITED STATES' MOTION TO UNSEAL CASE** |

THE UNITED STATES OF AMERICA, by and through Daniel G. Bogden, United States Attorney, and Sarah E. Griswold, Assistant United States Attorney, hereby moves the Court to unseal Case Number 2:14-mj-152-CWH, so that the United States may produce the search warrant and supporting affidavit in Case Number 2:15-cr-18-APG-VCF.

The search warrant and affidavit in this matter was sealed at the request of the United States in order to protect an ongoing investigation. The warrant authorized a search of the business where defendants Jason Demko, Mark Jones, Lorraine Riddiough, and Lissette Alvarez worked, Case No. 2:14-mj-152-CWH, for evidence of alleged violations of 18 U.S.C. §§ 1341 (mail fraud), 1343 (wire

fraud), and 1349 (conspiracy). The defendants have since been indicted on charges of wire fraud and conspiracy to commit mail fraud and wire fraud in Case Number 2:15-cr-18-APG-VCF. The United States intends to use evidence it recovered during the execution of the search warrant in its case in chief against the defendants.

The reason for sealing the search warrant and affidavit no longer exists. Further, the United States has a duty to produce these materials in 2:15-cr-18-APG-VCF. For these reasons, the United States asks the Court to unseal case 2:14-mj-152-CWH so that the United States may produce the search warrant and supporting affidavit.

DATED this 30th day of January, 2015.

DANIEL G. BOGDEN
United States Attorney

SARAH E. GRISWOLD
Assistant United States Attorney

**ORDER**

It is so ordered.

_____
United States Magistrate Judge
DATED: 2/2/2015

2